

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00905-CV

**ABSTRACT & TITLE RESOURCES, INC.**,
Appellant

v.

Robert Y. **PETTIT**, Benjamin Franklin, and Rafael De La Fuente,
Appellees

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 361473
Honorable Irene Rios, Judge Presiding

PER CURIAM

Sitting:       Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

Delivered and Filed:  February 26, 2014

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). We order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM